NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
ARNOLD & PORTER LLP
Eric D. Mason (State Bar No. 259233)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
ATTORNEY(S) FOR: Defendant Rainbow USA Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff(s),<br>v.<br>RAINBOW USA, INC., a New York corporation; MANGEL STORES, CORP. a New York business entity of form unknown; and DOES 1 through 10,<br><br>Defendant(s) | CASE NUMBER:<br>2:15-cv-08218 (MWF) (KLSx)<br><br>**AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendant Rainbow USA Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC. | Plaintiff |
| RAINBOW USA, INC. | Defendant |
| MANGEL STORES, CORP. | Defendant |
| LOUISE PARIS, LTD. | Non-party/Indemnitor of Defendant RAINBOW USA, INC. |

| | |
|---|---|
| December 2, 2015<br>Date | /s/ Eric D. Mason<br>Signature<br>Eric D. Mason<br>Attorney of record for (or name of party appearing in pro per):<br>Defendant Rainbow USA Inc. |