ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

LOUIS S. EDERER (*Pro Hac Vice* to be filed)
Louis.Ederer@aporter.com
MATTHEW T. SALZMANN (*Pro Hac Vice* to be filed)
Matthew.Salzmann@aporter.com
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for Defendant Rainbow USA Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAINBOW USA, INC., a New York corporation; MANGEL STORES, CORP., a New York business entity of form unknown; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:15-cv-08218 (MWF) (KLSx)<br><br>Hon. Michael W. Fitzgerald<br><br>**DEFENDANT RAINBOW USA INC.'S NOTICE OF ERRATA RE AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

1  PLEASE TAKE NOTICE THAT Defendant Rainbow USA, Inc's Amended Certification and Notice of Interested Parties filed on December 2, 2015, as Docket No. 20, was incorrectly filed to show that Arnold & Porter, Eric Mason, represented Defendant Rainbow USA Inc and Mangel Stores, Corp. This was done in error on the ECF system. The document itself is correct stating we represent only Defendant Rainbow USA Inc and we do not represent Mangel Stores Corp.

Dated: December 2, 2015            ARNOLD & PORTER LLP


                                   By:  /s/ Eric D. Mason
                                        ERIC D. MASON
                                        LOUIS S. EDERER
                                        MATTHEW T. SALZMANN

                                   *Attorneys for Defendant Rainbow USA Inc.*

1
NOTICE OF ERRATA