UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-8218-MWF(KSx)**                                      Dated: **December 21, 2015**

Title:   Standard Fabrics International, Inc. -*v*- Rainbow USA, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | Debi Read |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

Trevor William Barrett                                   Eric D. Mason
                                                         (Telephonic appearance)

**PROCEEDINGS:**        **SCHEDULING CONFERENCE**

Case called and counsel make their appearance. The Scheduling Conference held. The Court sets dates. Please see separate Order Re Jury Trial, also filed today.

**IT IS SO ORDERED.**

Initials of Deputy Clerk  rs
:05  MIN